UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 2 3 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DEANDRE LAJUAN JACKSON, | ) ) |
| Defendant. | ) ) |

4:17CR380 RLW/NAB

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 9, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE LAJUAN JACKSON,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2008 Mazda MX6, vehicle identification number ("VIN") 1YVHP80C585M29361, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about May 9, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE LAJUAN JACKSON,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, knowingly possessed, brandished and, discharged a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT THREE

The Grand Jury charges that:

On or about May 10, 2017, in the County of St. Charles, within the Eastern District of Missouri,

**DEANDRE LAJUAN JACKSON,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2004 Buick Rendezvous, vehicle identification number ("VIN") 3G5DA03E24S502178, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about May 10, 2017, in the County of St. Charles, within the Eastern District of Missouri,

**DEANDRE LAJUAN JACKSON,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(C)(i).

## COUNT FIVE

The Grand Jury charges that:

On or about May 10, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE LAJUAN JACKSON,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2015 Toyota Corolla, vehicle identification number ("VIN") 5YFBURHE9FP342174, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

## COUNT SIX

The Grand Jury further charges that:

On or about May 10, 2017, in the City of St. Louis, within the Eastern District of Missouri,

**DEANDRE LAJUAN JACKSON,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Five.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(C)(i).

## COUNT SEVEN

The Grand Jury charges that:

Beginning on or about May 9, 2017, and continuing up to and including May 10, 2017, within the Eastern District of Missouri,

**DEANDRE LAJUAN JACKSON,**

the Defendant herein, having been convicted previously in a Court of Law of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney